Judge Ronald A. Guzman
22cv4056

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT, case 21 cv 5368, *Cunningham et al v. Roundy's Illinois, LLC*, was assigned to the Honorable Virginia M. Kendall; and

IT FURTHER APPEARING THAT, Judge Kendall signed an Order on 7/6/2022 in 21 cv 5368, *Cunningham et al v. Roundy's Illinois, LLC,* directing the Clerk of Court to sever the claims of all Plaintiffs aside from Kevin Cunningham and to assign separate docket numbers to each of those actions; and

IT FURTHER APPEARING THAT, due to a clerical error, the Clerks' Office directly assigned each of the cases listed below to Judge Kendall; therefore

IT IS HEREBY ORDERED that the assignment of the cases listed below to Judge Kendall shall be vacated, and the cases shall be reassigned by lot to the judges of this Court.

| Case # | Case Title |
|---|---|
| 22 cv 3988 | *Milbourn v. Roundy's Illinois, LLC* |
| 22 cv 3990 | *Razzak v. Roundy's Illinois, LLC* |
| 22 cv 3992 | *Jackson (Powers) v. Roundy's Illinois, LLC* |
| 22 cv 3993 | *Al Ayed v. Roundy's Illinois, LLC* |
| 22 cv 4030 | *Larson v. Roundy's Illinois, LLC* |
| 22 cv 4032 | *DiCicco (Gehrig) v. Roundy's Illinois, LLC* |
| 22 cv 4034 | *Prgam v. Roundy's Illinois, LLC* |
| 22 cv 4049 | *Costner v. Roundy's Illinois, LLC* |
| 22 cv 4050 | *Ellis, Jr v. Roundy's Illinois, LLC* |
| 22 cv 4051 | *Kearney v. Roundy's Illinois, LLC* |
| 22 cv 4056 | *Garcia v. Roundy's Illinois, LLC* |
| 22 cv 4058 - | *Qazi v. Roundy's Illinois, LLC* |

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 19th day of August, 2022.