**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Dolores Garcia
       Plaintiff,

v.             Case No.: 1:22–cv–04056
            Honorable Ronald A. Guzman

Roundy's Illinois, LLC
       Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, August 22, 2022:

  MINUTE entry before the Honorable Ronald A. Guzman: This case was recently reassigned to this Court's calendar. To help the Court learn about the case, it is ordered that counsel shall confer, prepare, and file a joint status report, not to exceed five pages. The report shall provide the following information: nature of the case, claims, and any counterclaims or third–party claims; basis for federal jurisdiction; status of discovery and any pending motions; a summary of all substantive rulings in the case; whether any settlement discussions have occurred and if so, their status; whether the parties request a settlement conference at this time; and whether the parties consent to the jurisdiction of the magistrate judge. The joint status report shall be filed by 9/6/2022. Mailed notice. (exr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.